

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 1 of 18

## CASE INFORMATION

Cross Court Docket Nos:  2732 EDA 2003, 3202 EDA 2006

Judge Assigned:  McDermott, Barbara A.      Date Filed: 04/10/1997     Initiation Date: 04/10/1997

OTN:  M 737119-5    LOTN:      Originating Docket No: MC-51-CR-0220171-1997

Initial Issuing Authority:      Final Issuing Authority:

Arresting Agency:  Philadelphia Pd      Arresting Officer:  Affiant

Complaint/Incident #:

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| PSI Microfilm Number | 981164 |
| Legacy Microfilm Number | 00007162 |
| Police Incident Number | 9716006168 |
| District Control Number | 9716006168 |
| Legacy Docket Number | C9704003622 |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Joined Codefendant Cases** | | | |
| CP-51-CR-0400361-1997 | Comm. v. Goldwire, Omar | CP-01-51-Crim | Joined Codefendant Cases |

## STATUS INFORMATION

Case Status:  Closed

| Status Date | Processing Status | | |
|---|---|---|---|
| | | Arrest Date: | 02/19/1997 |
| 01/18/2019 | Sentenced/Penalty Imposed | | |
| 01/18/2019 | Awaiting Sentencing | | |
| 01/18/2019 | Completed | | |
| 02/02/2018 | Awaiting PCRA Decision | | |
| 07/15/2008 | Completed | | |
| 11/15/2006 | Awaiting Appellate Court Decision | | |
| 09/17/2006 | Completed | | |
| 03/14/2006 | Awaiting PCRA Decision | | |
| 04/17/1998 | Migrated Final Disposition | | |
| 04/10/1997 | Migrated Case (Active) | | |
| | | Complaint Date: | 04/10/1997 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 2 of 18

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Post Conviction Relief Act | 06/08/2006 | 8:30 am | 1002 | | Scheduled |
| Post Conviction Relief Act | 06/09/2006 | 8:30 am | 1002 | Senior Judge John J. Poserina Jr. | Scheduled |
| Post Conviction Relief Act | 06/13/2006 | 8:30 am | 1002 | Senior Judge John J. Poserina Jr. | Scheduled |
| Post Conviction Relief Act | 06/21/2006 | 8:30 am | 206 | | Scheduled |
| Post Conviction Relief Act | 07/26/2006 | 8:30 am | 1002 | Senior Judge John J. Poserina Jr. | Scheduled |
| Post Conviction Relief Act | 07/28/2006 | 8:30 am | 1002 | Senior Judge John J. Poserina Jr. | Scheduled |
| Post Conviction Relief Act | 10/24/2006 | 8:30 am | 1002 | Senior Judge John J. Poserina Jr. | Scheduled |
| PCRA | 04/30/2018 | 9:00 am | 908 | Judge Genece E. Brinkley | Moved |
| PCRA | 05/31/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Scheduled |
| JLSWOP Status | 06/01/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Continued |
| JLSWOP Status | 06/08/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Continued |
| JLSWOP Status | 07/16/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Continued |
| JLSWOP Status | 09/07/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Continued |
| JLSWOP Status | 09/21/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Continued |
| JLSWOP Status | 10/22/2018 | 9:00 am | 1105 | Senior Judge Kathryn Streeter Lewis | Scheduled |
| JLSWOP Status | 11/29/2018 | 9:00 am | 507 | Judge Barbara A. McDermott | Scheduled |
| JLSWOP Resentencing | 12/21/2018 | 9:00 am | 507 | Judge Barbara A. McDermott | Continued |
| JLSWOP Resentencing | 01/18/2019 | 9:00 am | 507 | Judge Barbara A. McDermott | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 09/25/2018 | DOC Confined | SCI Phoenix | | Yes |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 3 of 18

### DEFENDANT INFORMATION

Date Of Birth:                05/16/1979          City/State/Zip:  PHILA., PA  19126

Alias Name
Harris, Montrell

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Oliver, Montrell (Pro Se) |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 18 § 2502 | MURDER-1ST DEGREE | 02/17/1997 | M 737119-5 |
| 2 | 2 | | 18 § 3701 | ROBBERY | 02/17/1997 | M 737119-5 |
| 3 | 3 | | 18 § 6106 | CARRYING FIREARMS WITHOUT LICENSE | 02/17/1997 | M 737119-5 |
| 4 | 4 | | 18 § 6108 | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | 02/17/1997 | M 737119-5 |
| 5 | 5 | | 18 § 6109 | VUFA-LICENSES | 02/17/1997 | M 737119-5 |
| 6 | 6 | | 18 § 907 | POSSESSING INSTRUMENTS OF CRIME | 02/17/1997 | M 737119-5 |
| 7 | 7 | | 18 § 903 | CRIMINAL CONSPIRACY | 02/17/1997 | M 737119-5 |
| 8 | 8 | | 18 § 3701 | ROBBERY | 02/17/1997 | M 737119-5 |
| 9 | 9 | | 18 § 2702 | AGGRAVATED ASSAULT | 02/17/1997 | M 737119-5 |
| 10 | 10 | | 18 § 2701 | SIMPLE ASSAULT | 02/17/1997 | M 737119-5 |
| 11 | 11 | | 18 § 2705 | RECKLESSLY ENDANGERING ANOTHER PERSON | 02/17/1997 | M 737119-5 |
| 12 | 12 | | 18 § 903 | CRIMINAL CONSPIRACY | 02/17/1997 | M 737119-5 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
   Case Event                                    Disposition Date              Final Disposition
      Sequence/Description                        Offense Disposition            Grade       Section
         Sentencing Judge                            Sentence Date                  Credit For Time Served
            Sentence/Diversion Program Type           Incarceration/Diversionary Period      Start Date
               Sentence Conditions

**Migrated Disposition**

| Migrated Dispositional Event | 04/17/1998 | Final Disposition |
|---|---|---|
| 1 / MURDER-1ST DEGREE | Guilty | 18 § 2502 |
| Poserina, John J. Jr. | 04/17/1998 | |
| Confinement | LIFE | |
| McDermott, Barbara A. | 01/18/2019 | |
| Confinement | 24 Years to LIFE | 01/18/2019 |

"The Original Sentenced of April 17, 1998 date is vacated".

CPCMS 9082                                                                          Printed:  03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 4 of 18

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |

"Credit for all original credit time awarded and all time previously served on this case".

| | | | |
|---|---|---|---|
| 2 / ROBBERY | Guilty | | 18 § 3701 |
| Poserina, John J. Jr. | 04/17/1998 | | |
|   Confinement | Min of 5.00 Years | | |
| | Max of 10.00 Years | | |
| McDermott, Barbara A. | 01/18/2019 | | |
|   No Further Penalty | | | |
| 3 / CARRYING FIREARMS WITHOUT LICENSE | Nolle Prossed | | 18 § 6106 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| 4 / CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Nolle Prossed | | 18 § 6108 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| 5 / VUFA-LICENSES | Nolle Prossed | | 18 § 6109 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| 6 / POSSESSING INSTRUMENTS OF CRIME | Guilty | | 18 § 907 |
| Poserina, John J. Jr. | 04/17/1998 | | |
|   Confinement | Min of 1.00 Years | | |
| | Max of 2.00 Years | | |
| McDermott, Barbara A. | 01/18/2019 | | |
|   No Further Penalty | | | |
| 7 / CRIMINAL CONSPIRACY | Guilty | | 18 § 903 |
| Poserina, John J. Jr. | 04/17/1998 | | |
|   No Further Penalty | | | |
| McDermott, Barbara A. | 01/18/2019 | | |
|   No Further Penalty | | | |
| 8 / ROBBERY | Guilty | | 18 § 3701 |
| Poserina, John J. Jr. | 04/17/1998 | | |
|   Confinement | Min of 5.00 Years | | |
| | Max of 10.00 Years | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 5 of 18

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| No Further Penalty | | | |
| 9 / AGGRAVATED ASSAULT | Guilty | | 18 § 2702 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| Confinement | Min of 1.00 Years | | |
| | Max of 2.00 Years | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| No Further Penalty | | | |
| 10 / SIMPLE ASSAULT | Nolle Prossed | | 18 § 2701 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| 11 / RECKLESSLY ENDANGERING ANOTHER PERSON | Nolle Prossed | | 18 § 2705 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| McDermott, Barbara A. | 01/18/2019 | | |
| 12 / CRIMINAL CONSPIRACY | Nolle Prossed | | 18 § 903 |
| Poserina, John J. Jr. | 04/17/1998 | | |
| McDermott, Barbara A. | 01/18/2019 | | |

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| Name:    Philadelphia County District Attorney's Office | Name:    Jessica Ann Priselac |
| Prosecutor | Private |
| Supreme Court No: | Supreme Court No:    208524 |
| Phone Number(s): | Rep. Status:    Active |
| 215-686-8000    (Phone) | Phone Number(s): |
| Address: | Address: |
| 3 South Penn Square | |
| Philadelphia, PA  19107 | |

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/10/1997 | | Unknown Filer |
| Held for Court | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 6 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 04/17/1998 | | Migrated, Filer |
| Migrated Automatic Registry Entry (Disposition) Text | | | |
| 2 | 04/17/1998 | | Migrated, Filer |
| Disposition Filed | | | |
| 3 | 04/17/1998 | | Migrated, Filer |
| Migrated Sentence | | | |
| 1 | 09/15/2003 | | Migrated, Filer |

APPEAL CASE FILED  SUFFIX C
   NEW ENTRY: 09/15/03
   APPEAL JUDGE:  JOHN POSERINA, JR.
   DATE APPEAL ORDERED:  07/11/03
   TYPE APPEAL:
   PCRA DISMISSED AS FRIVOLOUS
   APPEAL MOST SERIOUS CHARGE
   11000 MURDER-1ST DEGREE
   LEAD ATTORNEY:  16747   DEF/REP-SELF
   SOURCE:  SELF REPRESENTED - PRO SE
   DATE FILED:  08/11/03
   APPEAL TO:  SUPERIOR COURT
   DOCKET PAGE:  0994
   APPELLATE NUMBER:  2732EDA2003
   FILE STATUS:  FILE LOCATED
   TYPE PAYMENT:  IN FORMA PAUPERIS
   FILED BY:  PRO SE

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 7 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/10/2003 | | Migrated, Filer |

APPL FILE MAINT  SUFFIX C

    PROOF OF SERVICE FILED: 9-5-03, D-24A.
    DATE OF ORDER 1925B B CHANGED FROM 00/00/00
    TO 09/05/03
    STM OF MATT DATE CHANGED FROM 00/00/00
    TO 09/24/03
    FILE PREPARED DATE CHANGED FROM 00/00/00
    TO 10/10/03
    DATE RECORD SENT CHANGED FROM 00/00/00
    TO 10/10/03
    TOTAL VOLUMES OF TESTIMONY CHANGED FROM 000
    TO 012
    FILE STATUS CHANGED FROM
    FILE LOCATED
    TO
    FILE TRANSMITTED TO SUPERIOR APPELLATE
    FILE STATUS DATE CHANGED FROM 09/15/03
    TO 10/10/03

| 2 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 020498
    REQUEST DATE:
    RECEIPT-DATE: 101003

| 3 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 020298
    REQUEST DATE:
    RECEIPT-DATE: 101003

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 8 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 020398
    REQUEST DATE:
    RECEIPT-DATE: 101003

--------------------------------------------------------------------------------

| 5 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 020598
    REQUEST DATE:
    RECEIPT-DATE: 101003

--------------------------------------------------------------------------------

| 6 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 020698
    REQUEST DATE:
    RECEIPT-DATE: 101003

--------------------------------------------------------------------------------

| 7 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 020998
    REQUEST DATE:
    RECEIPT-DATE: 101003

--------------------------------------------------------------------------------

| 8 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

    APPEAL NOTE OF TESTIMONY ADDED
    TYPE: JURY
    HEARING DATE: 021098
    REQUEST DATE:
    RECEIPT-DATE: 101003

--------------------------------------------------------------------------------

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 9 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 9 | 10/10/2003 | | Migrated, Filer |

APPL NOTES OF TEST SUFFIX C

   APPEAL NOTE OF TESTIMONY ADDED
   TYPE: JURY
   HEARING DATE: 021198
   REQUEST DATE:
   RECEIPT-DATE: 101003

| 10 | 10/10/2003 | | Migrated, Filer |
|---|---|---|---|

APPL NOTES OF TEST SUFFIX C

   APPEAL NOTE OF TESTIMONY ADDED
   TYPE: JURY
   HEARING DATE: 021698
   REQUEST DATE:
   RECEIPT-DATE: 101003

| 11 | 10/10/2003 | | Migrated, Filer |
|---|---|---|---|

APPL NOTES OF TEST SUFFIX C

   APPEAL NOTE OF TESTIMONY ADDED
   TYPE: JURY
   HEARING DATE: 021298
   REQUEST DATE:
   RECEIPT-DATE: 101003

| 12 | 10/10/2003 | | Migrated, Filer |
|---|---|---|---|

APPL NOTES OF TEST SUFFIX C

   APPEAL NOTE OF TESTIMONY ADDED
   TYPE: SENTENCING
   HEARING DATE: 041798
   REQUEST DATE:
   RECEIPT-DATE: 101003

| 13 | 10/10/2003 | | Migrated, Filer |
|---|---|---|---|

APPL NOTES OF TEST SUFFIX C

   APPEAL NOTE OF TESTIMONY ADDED
   TYPE: JURY
   HEARING DATE: 021798
   REQUEST DATE:
   RECEIPT-DATE: 101003

Printed:  03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**
# CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 10 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 14 | 10/10/2003 | | Migrated, Filer |

APPL FILE MAINT  SUFFIX C

  DATE OPINION FILED CHANGED FROM 00/00/00
  TO 10/09/03

| 1 | 09/16/2004 | | Migrated, Filer |

APPL FILE MAINT  SUFFIX C

  APPL FILE MAINT  SUFFIX C
  APPELLATE RETURN DATE CHANGED FROM 00/00/00
  TO 09/15/04
  DISPOSITION DATE CHANGED FROM 00/00/00
  TO 03/25/04
  DISPOSITION CODE CHANGED FROM

| 2 | 09/16/2004 | | Migrated, Filer |

APPL FILE MAINT  SUFFIX C

  TO
  APPEAL DISMISSED FOR FAILURE TO FILE BRIEFS

| 3 | 09/16/2004 | | Migrated, Filer |

APPL DISP POSTING SUFFIX C

  DISP LETR: NO APPELLATE DISPOSITION LETTER
  DISP DATE: 03/25/04
  DISP CODE:
  APPEAL DISMISSED FOR FAILURE TO FILE BRIEFS
  APPL RETURN DATE: 09/15/04  JURIS-RETAINED: N

| D27/1 | 03/14/2006 | | Oliver, Montrell |

Post-Conviction Collateral Relief Act Motion

| 1 | 03/21/2006 | | Migrated, Filer |

PCRA CASE ENTRY  SUFFIX C

  FIRST ACT DT 062106  RM  206  EVNT TYPE 100  EVNT DT 0321

| D28/1 | 04/25/2006 | | Oliver, Montrell |

Motion to Dismiss PCRA Without PRejudice

CPCMS 9082

Printed:  03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 11 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 05/11/2006 | | Migrated, Filer |

PCRA NEXT ACT/DISP  SUFFIX C

OLD NXT ACT DT 062106  RM  206  EVNT TYP 100  EVNT DT 032106
NEW NXT ACT DT 060806  RM 1002  EVNT TYP 070  EVNT DT 032106
EVNT TYP CHG FROM 100-LISTED FOR STATUS
TO 070-LISTED FOR STATUS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 06/08/2006 | | Migrated, Filer |

PCRA NEXT ACT/DISP  SUFFIX C

OLD NXT ACT DT 060806  RM 1002  EVNT TYP 070  EVNT DT 032106
NEW NXT ACT DT 060906  RM 1002  EVNT TYP 070  EVNT DT 032106

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 2 | 06/09/2006 | | Migrated, Filer |

PCRA NEXT ACT/DISP  SUFFIX C

OLD NXT ACT DT 060906  RM 1002  EVNT TYP 070  EVNT DT 032106
NEW NXT ACT DT 061306  RM 1002  EVNT TYP 070  EVNT DT 032106

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 06/14/2006 | | Migrated, Filer |

PCRA NEXT ACT/DISP  SUFFIX C

OLD NXT ACT DT 061306  RM 1002  EVNT TYP 070  EVNT DT 032106
NEW NXT ACT DT 072606  RM 1002  EVNT TYP 070  EVNT DT 032106

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| 1 | 07/27/2006 | | Migrated, Filer |

PCRA NEXT ACT/DISP  SUFFIX C

OLD NXT ACT DT 072606  RM 1002  EVNT TYP 070  EVNT DT 032106
NEW NXT ACT DT 072806  RM 1002  EVNT TYP 070  EVNT DT 032106

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| D29/1 | 07/31/2006 | | Migrated, Filer |

PCRA NEXT ACT/DISP  SUFFIX C

OLD NXT ACT DT 072806  RM 1002  EVNT TYP 070  EVNT DT 032106
NEW NXT ACT DT 102406  RM 1002  EVNT TYP 011  EVNT DT 032106
EVNT TYP CHG FROM 070-PETITION TO BE DISMISSED - 1507 NOTICE
TO 011-PETITION TO BE DISMISSED - 1507 NOTICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| D30/1 | 08/01/2006 | | Commonwealth of Pennsylvania |

Commonwealth  Motion to Dismiss

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| D31/1 | 08/24/2006 | | Oliver, Montrell |

Motion for Extension of Time to Amend PCRA

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 12 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/24/2006 | | Poserina, John J. Jr. |
| Order Denying PCRA Petition as Untimely | | | |
| D32/1 | 11/15/2006 | | Oliver, Montrell |
| Notice of Appeal to the Superior Court | | | |
| DISMISSAL OF PCRA | | | |
| DEFT.NOT ENTITLED TO CT. APPT'D COUNSEL | | | |
| DOCKET PAGE 1259 | | | |
| File located  CJC | | | |
| Philadelphia County District Attorney's Office | | | |
| 11/08/2006 | | | |
| Poserina, John J. Jr. | | | |
| 11/08/2006 | | | |
| 1 | 11/28/2006 | | Superior Court of Pennsylvania - Eastern District |
| Docket Number from Upper Court Received | | | |
| 3202 EDA 2006 | | | |
| 1 | 01/24/2007 | | Court of Common Pleas - Philadelphia County |
| Preliminary Docket Entries Prepared | | | |
| D33/1 | 04/10/2007 | | Poserina, John J. Jr. |
| Opinion | | | |
| 1 | 04/11/2007 | | Court of Common Pleas - Philadelphia County |
| Appeal Docket Entries and Served | | | |
| 2 | 04/11/2007 | | Court of Common Pleas - Philadelphia County |
| Certificate and Transmittal of Record to Appellate Court | | | |
| 1 | 07/14/2008 | 05/22/2008 | Superior Court of Pennsylvania - Eastern District |
| Appeal of Denial of PCRA Affirmed | | | |

CPCMS 9082

Printed: 03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

## CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 13 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 02/02/2018 | | Priselac, Jessica Ann |

Post-Conviction Relief Act Petition Filed
    Post-Conviction Relief Act Petition Filed on behalf of Oliver, Montrell.

| | | | |
|---|---|---|---|
| 2 | 02/02/2018 | | Priselac, Jessica Ann |

Entry of Appearance
    Entry of Appearance filed on behalf of Oliver, Montrell.

| | | | |
|---|---|---|---|
| 1 | 02/05/2018 | | Rudowitz, Andrew John |

Entry of Appearance
    Entry of Appearance filed on behalf of Oliver, Montrell.

| | | | |
|---|---|---|---|
| 3 | 04/30/2018 | | Brinkley, Genece E. |

Case Listed in Error
    Case sent to Judge Streeter-Lewis. Timely filed Juvenile Lifer case.
NCD: 5/31/18 R.1105
ADA: Gannone DEF ATTY: J. Priselac
STENO: J. Craighead COURT CLERK: J. Scott
JUDGE: GENECE BRINKLEY

| | | | |
|---|---|---|---|
| 1 | 05/30/2018 | | Priselac, Jessica Ann |

Motion for Appointment of Expert Witness
    Motion for Appointment of Expert Witness filed on behalf of Oliver, Montrell.

| | | | |
|---|---|---|---|
| 3 | 05/31/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| | | | |
|---|---|---|---|
| 4 | 05/31/2018 | | Priselac, Jessica Ann |

Motion for Continuance Defense Request
    Judge: Hon. Kathryn S. Lewis    ADA: Kaitlyn Mays    Def. Atty: A. J. Rudowitz    Steno: Gianna Parisse    Court Clerk: Kathryn Morris

    PCRA continued for status of JLSWOP. First listing. Rolled until tomorrow. NCD: 6/1/2018 room 1105

| | | | |
|---|---|---|---|
| 4 | 06/01/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

Printed: 03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 14 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 06/01/2018 | | Lewis, Kathryn Streeter |

Defense Advance Request For Continuance

Judge: Hon. Kathryn S. Lewis     ADA: Chesley Lightsey     Def. Atty: Jessica Priselac     Steno: Gianna Parisse
Court Clerk: Kathryn Morris

JLSWOP continued for status. Advance defense request. NCD: 6/8/2018 room 1105

--- --- --- --- --- --- --- ---

| 4 | 06/08/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

--- --- --- --- --- --- --- ---

| 5 | 06/08/2018 | | Priselac, Jessica Ann |

Motion for Continuance Defense Request

Judge: Hon. Kathryn S. Lewis     ADA: Chesley Lightsey     Def. Atty: Jessica Priselac     Steno: Gianna Parisse
Court Clerk: Kathryn Morris

JLSWOP continued for status. The defendant is housed at SCI Houtzdale. He has been in custody approximately 21 years. This case was remanded from Federal Court. Counsel has been in contact with with her client. The DOC records passed today. The homicide file will pass next week. Counsel is seeking a mitigation specialist and can submit a mitigation package within 60 days. NCD: 7/16/2018 room 1105

--- --- --- --- --- --- --- ---

| 1 | 07/12/2018 | | Priselac, Jessica Ann |

Motion for Appointment of Expert Witness
    Motion for Appointment of Expert Witness filed on behalf of Oliver, Montrell.

--- --- --- --- --- --- --- ---

| 1 | 07/16/2018 | | Priselac, Jessica Ann |

Motion for Continuance Defense Request

Judge: Hon. Kathryn S. Lewis     ADA: Chesley Lightsey     Def. Atty: Jessica Priselac/ A. J. Rudowitz     Steno: Tiffany Monastra     Court Clerk: Kathryn Morris

JLSWOP continued for status. The defendant is housed at SCI Houtzdale. He has been in custody approximately 20 years. This is a first degree murder case. The DOC records and homicide file have passed. Counsel is to submit a mitigation package to the Commonwealth on or before 8/20/2018. The new mitigation specialist can visit the defendant the first week in August, 2018. NCD: 9/7/2018 room 1105

--- --- --- --- --- --- --- ---

| 5 | 07/16/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

--- --- --- --- --- --- --- ---

| 1 | 07/18/2018 | | Philadelphia County Office of Judicial Records |

Order Granting Motion for Counsel Fees

---

CPCMS 9082

Printed: 03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 15 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 09/07/2018 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |
| 5 | 09/07/2018 | | Lewis, Kathryn Streeter |
| Order Granting Motion for Continuance | | | |

Judge: Hon. Kathryn S. Lewis      ADA: D. Watson-Stokes      Def. Atty: Jessica Priselac/ A. J. Rudowitz      Steno: Danielle Sanders      Court Clerk: Kathryn Morris

JLSWOP continued for status. The defendant is housed at SCI Houtzdale. He has been in custody approximately 21 years. Counsel sent a mitigation package on 8/22/2018. The Commonwealth requests 2 weeks to convey an offer. NCD: 9/21/2018 room 1105

| 4 | 09/21/2018 | | Court of Common Pleas - Philadelphia County |
|---|---|---|---|
| Hearing Notice | | | |
| 5 | 09/21/2018 | | Lewis, Kathryn Streeter |
| Order Granting Motion for Continuance | | | |

Judge: Hon. Kathryn S. Lewis      ADA: D. Watson-Stokes      Def. Atty: A. J. Rudowitz      Steno: Megan Kelly      Court Clerk: Kathryn Morris

JLSWOP continued for Status Hearing Date. The defendant is housed at SCI Houtzdale. He has been in custody approximately 21 years. This is a first degree murder case. The Commonwealth have not extended an offer. The Commonwealth will not be seeking life without parole. Both counsel are to submit their Concise Statements to the Court on or before 10/5/2018. NCD: 10/22/2018 room 1105

| 1 | 10/05/2018 | | Philadelphia County District Attorney's Office |
|---|---|---|---|
| Letter in Brief | | | |
| Letter in Brief filed on behalf of Commonwealth Of Pennsylvania. | | | |
| 2 | 10/05/2018 | | Rudowitz, Andrew John |
| Letter in Brief | | | |
| Letter in Brief filed on behalf of Oliver, Montrell. | | | |
| 3 | 10/22/2018 | | Court of Common Pleas - Philadelphia County |
| Hearing Notice | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 16 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 10/22/2018 | | Lewis, Kathryn Streeter |

Order Granting Motion for Continuance

Judge: Hon. Kathryn S. Lewis       ADA: Chesley Lightsey       Def. Atty: A. J. Rudowitz       Steno: Danielle Sanders
Court Clerk: Kathryn Morris

JLSWOP continued for resentencing. The Pre-Hearing Readiness Conference date is 12/11/2018 room 507. All relevant resentencing information shall be filed on or before 12/7/2018 with Jugde McDermott. The resentencing date is 12/21/2018 room 507. Counsel is attached. Bring down the defendant. A writ has been prepared. The defendant is housed at SCI Phoenix. He has been in custody approximately 21 years. This is a first degree murder case. The Commonwealth have not extended an offer and is not seeking life without parole. NCD: 12/21/2018 room 507

| 1 | 11/09/2018 | | Rudowitz, Andrew John |

Motion for Continuance
  Motion for Continuance filed on behalf of Oliver, Montrell.

| 3 | 11/27/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 4 | 11/29/2018 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| 5 | 11/29/2018 | | McDermott, Barbara A. |

Order Granting Motion for Continuance
  Honorable Barbara A. McDermott

  JLSWOP Hearing Continued -- 1/18/19 in courtroom 507
  Final Continuance
  Court Clerk to prepare a WRIT for next listing
  Defendant in custody(SCI Phoenix #:DN2091)

  ADA: Chesley Lightsey       Defense Attorney: Jessica A. Priselac       Court Clerk: Diane Young       Steno: Courtney Mulvenna

| 1 | 01/18/2019 | | Priselac, Jessica Ann |

Miscellaneous Motion Filed
  Miscellaneous Motion Filed on behalf of Oliver, Montrell.

CPCMS 9082

Printed: 03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Case 2:16-cv-05537-MSG   Document 45-1   Filed 03/18/19   Page 18 of 43

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**
# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 17 of 18

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 01/18/2019 | | Priselac, Jessica Ann |

Memorandum of Law

    Memorandum of Law filed on behalf of Oliver, Montrell.

| 3 | 01/18/2019 | | McDermott, Barbara A. |

Order Granting PCRA - Juvenile Life Sentence Without Parole

  Honorable Barbara A. McDermott

  ADA: Michael Giampietro    Defense Attorney: Jessica A. Priselac    Court Clerk: Diane Young    Steno: Louise Zingler

| 4 | 01/18/2019 | | McDermott, Barbara A. |

Order Granting Motion to Vacate Illegal Sentence and to Impose Legal Sentence

  Honorable Barbara A. McDermott

  ADA: Michael Giampietro    Defense Attorney: Jessica A. Priselac    Court Clerk: Diane Young    Steno: Louise Zingler

| 5 | 01/18/2019 | | McDermott, Barbara A. |

Order - Sentence/Penalty Imposed

  Defendant Resentenced on Charge 1: 24-LIFE and on Charges 2,6,7,8, and 9 to No Further Penalty.  ADA: Michael Giampietro, Defense Attorney: Jessica A. Priselac, Court Clerk: Diane Young, Steno: Louise Zingleri in courtroom 507.

| 6 | 01/18/2019 | | Court of Common Pleas - Philadelphia County |

Court Commitment State or County Correctional Institution

| 7 | 01/18/2019 | | McDermott, Barbara A. |

Order Entering an Exhibit

| 1 | 01/30/2019 | | McDermott, Barbara A. |

Order Granting Motion for Allotment of Funds

| 1 | 01/31/2019 | | Philadelphia County Office of Judicial Records |

Order Granting Motion for Counsel Fees

CPCMS 9082

Printed: 03/04/2019

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET



**Docket Number: CP-51-CR-0400362-1997**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

Montrell Oliver

Page 18 of 18

## CASE FINANCIAL INFORMATION

Last Payment Date: 01/22/2019                                Total of Last Payment: -$12.50

| **Oliver, Montrell**<br>Defendant | Assessment | Payments | Adjustments | Non Monetary<br>Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Filing Fee (Philadelphia) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Filing Fee (Philadelphia) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Motion Filing Fee (Philadelphia) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Filing Fee (Philadelphia) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Filing Fee (Philadelphia) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $62.50 | -$62.50 | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $62.50 | -$62.50 | $0.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in  18 Pa.C.S. Section 9183.

B

## AFFIDAVIT OF JUNE BELL
### Pursuant to 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904

I, June Bell, hereby declare, verify and swear as follows:

1. I am a friend of Montrell Oliver. We were friends when we were teenagers. I know that Montrell Oliver did not commit the murder he is now in jail for. I know this because Montrell was with me and Kasheen when it happened. We were at the room Kasheen and I were staying in at around 40th and Spring Garden Streets. We all slept there that night. I found out about the murder the day after it happened when I went to Jaydean Whitmore's house. Jaydean was Montrell's girlfriend. She told me Montrell had been arrested for the murder that happened the day before. Jaydean was upset. When I heard this I became upset too and I told her that the night of the murder, Montrell was with me and Kasheen.

2. After it happened I was in a group home called Boys Town. A white guy came there and questioned me about the murder. He said they were all my friends and I knew who did it. He said if I didn't tell him who did it I would go to jail for the rest of my life for the murder. I told him I wasn't there and I had no idea who did the murder. I also told him that I knew for sure Montrell did not commit the murder because he was with me at my place the whole night of the murder. The man became angry and left.

3. I don't know why I was not asked to testify at Montrell's trial. I have been willing to testify for Montrell since this incident happened.

I hereby swear that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the provisions of 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904.

June Bell

Sworn to and subscribed before me
this 14th day of February 20 18.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRIAN C. O'LEARY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 18, 2019

Page 1 of 1

C

**AFFIDAVIT OF JADEAN WHITMORE**
**Pursuant to 28 U.S.C. § 1746 and 18 Pa.C.S. § 4904**

I, Jadean Whitmore, hereby declare, verify and swear as follows:

1. Prior to Montrell Oliver being locked up, he and I had been together for several years. At the time of his arrest he mostly lived with me on Mt. Vernon Street, though he sometimes stayed at his mom's too. When he was arrested I was five months pregnant with his daughter. When our daughter was around two years old I took her to visit Montrell's mother, Anna Oliver. Mrs. Oliver refused to return our daughter to me and for the last nineteen years she has never allowed me to visit with her.

2. On the day Montrell was arrested our mutual friend, June Bell, came over to my house. I was upset that Montrell had been arrested and when I told June about it she became very upset. Through her tears she immediately said it couldn't have been him who committed the murder because he was with June and her friends at her place that whole night. That's where I thought he had been, because Montrell and June left my house the evening of the murder and neither one of them came back. June assured me that she would be willing to do whatever she could to help Montrell, but she disappeared and never showed up for the trial.

3. No investigator or lawyer for Montrell ever spoke with me about what I knew. Had an investigator or lawyer spoke with me I would have told him what I said above, and I would have been willing to testify in any legal proceedings regarding Montrell Oliver. I am also willing to testify for Montrell in any future legal proceeding.

I hereby swear that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the provisions of 28 U.S.C. § 1746 and 18 Pa. C.S. § 4904.

_____
Jadean Whitmore

Sworn to and subscribed before me
this 7th day of May 20 18.

_____

Page **1** of **1**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRIAN C. O'LEARY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 18, 2019

D

Statement of Duane Napper

July 21, 1998    7:45 p.m.

I don't remember the exact time, but it was nice outside. I am not sure what month it was, but it had to be either in March or September 1997. Me, Montrell, June Bell, Muhammad and this girl named Kia was in my room. This was the night before the alleged homicide happened. I came home at 9:00 p.m., and that's when June told me there was some people in my room. Everybody was just sitting and chilling watching T.V. Hogie was sleep across my bed when I came in. At no time did Montrell (Hogie) leave the house until the next day. He left the next day around 10:00 a.m. or 12:00 p.m. I didn't see Montrell leave with anybody, but I am not sure. He told me, he was going home. Later on that day, I seen June and she was crying, talking about, "they locked Hogie up for shooting somebody and he was here with us". Those are her exact words.

The foregoing statement is true to the best of my knowledge, information and belief.

Witnessed by
Tyrone Raw

Duane Napper
5922 Kingsessing

# Parker · Ghee Associates, Inc.

2841 W. Girard Avenue  Philadelphia, PA 19130 · (215) 236-3564 · Fax (215) 236-4376

July 29, 1998

Jack M. Myers, Esq.
100 South Broad Street
Suite 2214, Land Title Building
Philadelphia, PA  19110
                           Re:  Montrell Oliver

Dear Mr. Myers,

On July 21, 1998, I took a statement from Duane Napper (aka) Kasheen who is currently incarcerated at the House Of Correction, 8001 State Road, Philadelphia, PA.  PPN# 724253.  Mr. Napper states during the time the alleged homicide occurred, Montrell Oliver was at his apartment lying across his bed asleep.  He stated, Montrell Oliver didn't leave his apartment until the next day at approximately 10:00 a.m. or 12:00 noon.  He said, at no time did Montrell Oliver leave his apartment that night.  Mr. Napper stated he is willing to testify in order to clear Montrell Oliver of a crime he didn't do.

Enclosed, please find the statement of Duane Napper.  Should you have any questions, please feel free to call.

Sincerely,

Tyrone Parker

cc:  Anna May Oliver
       Enclosures

LAW OFFICES

# JACK M. MYERS

SUITE 2214 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILADELPHIA, PENNSYLVANIA 19110
(215) 972-8101   FAX (215) 972-1545

October 26, 1998

Tyrone Parker
c/o Parker-Ghee Associates, Inc.
2841 West Girard Avenue
Philadelphia, PA 19130

RE:   **COMMONWEALTH V. MONTRELL OLIVER**

Dear Mr. Parker,

Enclosed is a copy of a statement taken from Duane Napper.

The court will not accept such a statement.  It is not an "affidavit", sworn to and notarized

If the court grants a "Habeas Corpus Hearing" this witness must be available to testify in court. Once I receive this new statement, sworn to and notarized along with any new evidence and new statements, I will file a Habeas Corpus Petition for a hearing and a new trial.

Please call me.

Sincerely,

JACK M. MYERS

JMM:mv
Enclosure

cc:   Montrell Oliver
      No. DN-2091
      S.C.I. at Greene
      1040 E. Roy Furman Highway
      Waynesburg, PA 15370-8090

      Mrs. Ann Oliver & Family
      1725 67th Avenue (1st Floor)
      Philadelphia, PA 19126

E

AFFIDAVIT OF SHALLOM ROBERTS
Pursuant to 28 U.S.C. 1746 and 18 Pa.C.S. 4904

I, Shallom Roberts hereby declare, verify and swear as follows:

1. In February of 1997 I lived on 3835 Wallace Street. I grew up in that neighborhood with Omar Goldwire. He lived diagonally across the street from me. I also knew Montrell Oliver. He had been around the neighborhood for several years.

2. I was interviewed by the police when Jakeim Bates was murdered in the neighborhood. At the time I told the police that I heard gunshots and then saw two people run into the Goldwire house. I told the police that I could not recognize the two guys. However, I do know for sure that Montrell Oliver was not either of those two guys. Montrell's face is very distinctive; that is why his nickname is Hosie Head. I saw the faces of the two guys and I know for sure neither was Montrell. The police never asked me if they looked like Montrell.

1 of 2

3. I was never interviewed by Montrell's lawyer before his trial. Had I been interviewed, I would have told him what I said above, and I would have been willing to testify that neither of the two guys who ran into the Goldwire house after the shooting was Montrell Oliver.

I hereby swear that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the provision of 28 USC 1746 and 18 Pa.C.S. 4904

Shareem Roberts

Date. 2·27·18

Sworn to and subscribed before me
this 27 day of February 20 18.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRIAN C. O'LEARY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 18, 2019

2 of 2

F

41

```
 1    like that.  Usually come home and usually when I
 2    come home and see if all my kids there.
 3         Q.   You say there is no person named Jimmy?
 4         A.   There ain't no person named Jimmy.
 5         Q.   Do you know a person by the name of Jimmy
 6    Whitney?
 7         A.   Jimmy Whitney been in jail a long, long
 8    time.  He ain't out now.  He's still in jail and he
 9    wasn't there that night because he been in jail.
10         Q.   Your son was arrested with Jimmy for
11    committing robberies in the past, wasn't he?
12              MR. MOLDOVSKY:  Objection, Your
13              Honor.
14              THE WITNESS:  Not that I know of.
15              THE COURT:  Overruled.
16              MR. MOLDOVSKY:  He's talking about
17              stipulated too in jail February 17th.  The
18              DA checked that out and knows that to be a
19              fact.  Is that correct, Mr. Gilson?
20              MR. GILSON:  No, I don't know that.
21              MR. MOLDOVSKY:  Detective Richard
22              Harris checked that out.  He was in jail
23              when this happened.
24              THE COURT:  What's next?
25    BY MR. GILSON:
```

G

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

### SECURE DOCKET



**Docket Number: CP-51-CR-0605292-1995**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

James Hall

Page 1 of 6

### CASE INFORMATION

Judge Assigned:  New, Arnold L.                     Date Filed:  06/20/1995          Initiation Date:  06/20/1995

OTN:  M 656754-0              LOTN:                Originating Docket No:  MC-51-CR-0537741-1995

Initial Issuing Authority:                          Final Issuing Authority:

Arresting Agency:  Philadelphia Pd                  Arresting Officer:  Affiant

Complaint/Incident #:

Case Local Number Type(s)                           Case Local Number(s)

    Legacy Docket Number                          C9506052922

    Police Incident Number                        9516018197

    Legacy Microfilm Number                       99016120

    District Control Number                       9516018197

### RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Joined Codefendant Cases** | | | |
| CP-51-CR-0605291-1995 | Comm. v. Alston, William | CP-01-51-Crim | Joined Codefendant Cases |

### STATUS INFORMATION

| Case Status: | Closed | Status Date | Processing Status | | Arrest Date: | 06/01/1995 |
|---|---|---|---|---|---|---|
| | | 03/11/1996 | Completed | | | |
| | | 06/20/1995 | Migrated Case (Active) | | | |

Event Track:  Other                                                        Complaint Date:  06/20/1995

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 03/23/2017 | DOC Confined | SCI Retreat | | Yes |

### DEFENDANT INFORMATION

| Name | James Hall | Hair Color | Black | Eye Color | Brown |
|---|---|---|---|---|---|
| Date of Birth | 03/09/1977 | Address | | | |

SSN  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

SID  223-17-30-0                        Address Type Other :
                                        3842 MT VERNON ST
                                        PHILA., PA  19100

Drivers License No:

Drivers License State:

Fingerprint Status:        Unknown

| Alias Name | Alias SID | Alias SSN |
|---|---|---|
| WHITNEY, JIMMY | 223-17-30-0 | 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 |
| Whitney, Jimmie | 223-17-30-0 | 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 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

### SECURE DOCKET



Docket Number: CP-51-CR-0605292-1995

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

James Hall

Page 2 of 6

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Hall, James |
| Prosecution | Commonwealth of Pennsylvania |
| Co-Defendant | Alston, William |

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 18 § 3701 | ROBBERY | 05/30/1995 | M 656754-0 |
| 2 | 2 | | 18 § 2702 | AGGRAVATED ASSAULT | 05/30/1995 | M 656754-0 |
| 3 | 3 | | 18 § 6106 | CARRYING FIREARMS WITHOUT LICENSE | 05/30/1995 | M 656754-0 |
| 4 | 4 | | 18 § 6108 | CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | 05/30/1995 | M 656754-0 |
| 5 | 5 | | 18 § 3921 | ATTEMP THEFT BY UNLAWFUL TAKING OR DISPOSIT | 05/30/1995 | M 656754-0 |
| 6 | 6 | | 18 § 907 | POSSESSING INSTRUMENTS OF CRIME | 05/30/1995 | M 656754-0 |
| 7 | 7 | | 18 § 2706 | TERRORISTIC THREATS | 05/30/1995 | M 656754-0 |
| 8 | 8 | | 18 § 2705 | RECKLESSLY ENDANGERING ANOTHER PERSON | 05/30/1995 | M 656754-0 |
| 9 | 9 | | 18 § 903 | CRIMINAL CONSPIRACY | 05/30/1995 | M 656754-0 |

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Grade    Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |

**Migrated Disposition**

| Migrated Dispositional Event | 03/11/1996 | Final Disposition |
|---|---|---|
| 1 / ROBBERY | Guilty | 18 § 3701 |
| New, Arnold L. | 03/11/1996 | |
| Confinement | Min of 5.00 Years | |
| | Max of 10.00 Years | |
| Financial Assessments | | |
| 2 / AGGRAVATED ASSAULT | Guilty | 18 § 2702 |
| New, Arnold L. | 03/11/1996 | |
| Confinement | Min of 5.00 Years | |
| | Max of 10.00 Years | |
| 3 / CARRYING FIREARMS WITHOUT LICENSE | Nolle Prossed | 18 § 6106 |
| New, Arnold L. | 03/11/1996 | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

### SECURE DOCKET



**Docket Number: CP-51-CR-0605292-1995**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

James Hall

Page 3 of 6

### DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event | Disposition Date | Final Disposition | |
|---|---|---|---|
| Sequence/Description | Offense Disposition | Grade | Section |
| Sentencing Judge | Sentence Date | | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | | Start Date |
| Sentence Conditions | | | |
| 4 / CARRYING FIRE ARMS/PUBLIC STREET OR PLACE | Guilty | | 18 § 6108 |
| New, Arnold L. | 03/11/1996 | | |
| Confinement | Min of 2.00 Years 6.00 Months | | |
| | Max of 5.00 Years | | |
| 5 / ATTEMP THEFT BY UNLAWFUL TAKING OR DISPOSIT | Nolle Prossed | | 18 § 3921 |
| New, Arnold L. | 03/11/1996 | | |
| 6 / POSSESSING INSTRUMENTS OF CRIME | Nolle Prossed | | 18 § 907 |
| New, Arnold L. | 03/11/1996 | | |
| 7 / TERRORISTIC THREATS | Nolle Prossed | | 18 § 2706 |
| New, Arnold L. | 03/11/1996 | | |
| 8 / RECKLESSLY ENDANGERING ANOTHER PERSON | Nolle Prossed | | 18 § 2705 |
| New, Arnold L. | 03/11/1996 | | |
| 9 / CRIMINAL CONSPIRACY | Guilty | | 18 § 903 |
| New, Arnold L. | 03/11/1996 | | |
| Confinement | Min of 5.00 Years | | |
| | Max of 10.00 Years | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

### SECURE DOCKET



Docket Number: CP-51-CR-0605292-1995

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

James Hall

Page 4 of 6

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| Name: Philadelphia County District Attorney's Office <br> Prosecutor | Name: Michael P. Marryshow <br> Court Appointed |
| Supreme Court No: | Supreme Court No: 054372 |
| Phone Number(s): <br> 215-686-8000    (Phone) | Rep. Status: Active |
| Address: <br> 3 South Penn Square <br> Philadelphia, PA  19107 | Phone Number(s): <br> 215-568-1618    (Phone) |
| | Address: <br> 2433 N 50th Street <br> Philadelphia, PA  19131 |
| | Representing: Hall, James |
| | |
| | Name: Elayne Bryn <br> Court Appointed |
| | Supreme Court No: 051050 |
| | Rep. Status: Active |
| | Phone Number(s): <br> 215-985-9570    (Phone) |
| | Address: <br> Bryn & Vedder <br> 1515 Locust St 10th Floor <br> Philadelphia, PA  19102 |
| | Representing: Hall, James |
| | |
| | Name: Sandra Burd, Esq. <br> Court Appointed |
| | Supreme Court No: 055885 |
| | Rep. Status: Inactive |
| | Phone Number(s): <br> 215-676-9420    (Phone) |
| | Address: <br> Suite 312 <br> 10102 Jamison Ave <br> Philadelphia, PA  19116 |
| | Representing: Hall, James |
| | |
| | Name: Defender Association of <br> Philadelphia <br> Public Defender |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports.  Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

### SECURE DOCKET



**Docket Number: CP-51-CR-0605292-1995**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

James Hall

Page 5 of 6

Supreme Court No:

Rep. Status:              Active

Phone Number(s):

Address:

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 06/20/1995 | | Unknown Filer |
| Held for Court | | | |
| 1 | 03/11/1996 | | Migrated, Filer |
| Migrated Automatic Registry Entry (Disposition) Text | | | |
| 2 | 03/11/1996 | | Migrated, Filer |
| Disposition Filed | | | |
| 3 | 03/11/1996 | | Migrated, Filer |
| Migrated Sentence | | | |
| 1 | 01/20/2009 | | Hall, James |
| Referral of Account to Collection Agency | | | |
| 1 | 10/18/2012 | | Hall, James |
| Return Case From Collection Agency - Court Request/Order | | | |
| 1 | 11/13/2013 | | Court of Common Pleas - Philadelphia County |
| Do Not Pursue Delinquency | | | |

### PAYMENT PLAN SUMMARY

| Payment Plan No | Payment Plan Freq. | Next Due Date | Active | Overdue Amt |
|---|---|---|---|---|
| Responsible Participant | | SID | Suspended | Next Due Amt |
| 51-2006-P100330401 | Monthly | 09/30/2006 | Yes | $36.19 |
| Hall, James | | 223-17-30-0 | No | $25.00 |

| Payment Plan History: | Receipt Date | Payor Name | Participant Role | Amount |
|---|---|---|---|---|

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

### SECURE DOCKET



**Docket Number: CP-51-CR-0605292-1995**

# CRIMINAL DOCKET

**Court Case**

Commonwealth of Pennsylvania

v.

James Hall

Page 6 of 6

### CASE FINANCIAL INFORMATION

Last Payment Date:                                                                  Total of Last Payment:

| Hall, James Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| County Court Cost (Act 204 of 1976) | $21.19 | $0.00 | $0.00 | $0.00 | $21.19 |
| Domestic Violence Compensation (Act 44 of 1988) | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Judicial Computer Project | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Collection Fee (Philadelphia) | $6.09 | $0.00 | -$6.09 | $0.00 | $0.00 |
| Costs/Fees Totals: | $42.28 | $0.00 | -$6.09 | $0.00 | $36.19 |
| Grand Totals: | $42.28 | $0.00 | -$6.09 | $0.00 | $36.19 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

H

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

<table>
<tr><td colspan="2">

**INSTRUCTIONS**

Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.
</td></tr>
</table>

| | |
|---|---|
| 1.  To: (Name and Title of Officer)<br>Ms. Vingless-Record room | 2.  Date:<br>5-3-06 |
| 3.  By: (Print Inmate Name and Number)<br>James Hall-CY-7946<br>James Hall<br><span style="padding-left:2em">Inmate Signature</span> | 4.  Counselor's Name<br>MR. DeFelice<br><br>5.  Unit Manager's Name<br>MR. Barrows |
| 6.  Work Assignment<br>NONE. | 7.  Housing Assignment<br>J.A-05 |

8.  Subject: State your request completely but briefly. Give details.

I would like a copy of the reception date I came into SCI-Houtzdale to show that I was up here in Feb 1997? Because they are sayin that I committed a case in Feb 1997 when in fact I was up here serving a 5 to 10 year prison term so there's know why I could of committed that crime? So can you please send me some type of paper work letting the ~~the~~ city of Phila. know I was locked up when this crime was committed. Thank you so very much

Thank you.

9.  Response: (This Section for Staff Response Only)

MR Hall,

Our Records show you arrived at

SCI-Houtzdale on 6-12-96 and was transfered

to SCI-Chester on 6-2-98.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name  Colleen Vingless  Colley/Jbes  Date  5-8-06
<span style="padding-left:4em">Print</span><span style="padding-left:8em">Sign</span>

Revised July 2000

I

EXHIBIT "B"

## KHALIF GOLDWIRE

My name is Khalif  Goldwire.
I am the brother of Omar  Goldwire.

This affidavit is my testament to what happened on or about
February 21-22, 1997 at the 8th Race Police Station.

The police told me, and my best friend Markus Best that if I
don't sign the statement, that I will not go home because I was
wanted on outstanding warrants. They added that if I sign the
statements, they will make the warrants go away.

The statement I made to the detectives was not true. I told
the police that my brother Omar Goldwire and Montel Oliver did
plan a robbery. That this took place in my mothers house on the
second floor. That Markus Best , my sister Monqiue and myself
were down stairs.. This  statement was false.

My statement today is Montel Oliver was never at my house to plan
a robbery with my brother Omar Goldwire. Markus Best was living
at the house, because he was my best friend.

I have never spoken about this with my brother Omar Goldwire.
My conscience is deeply bother by knowing I made my statement to
the police only to get myself out of going to jail for my
warrants. I would like to testify to the reasons why I submitted
to the police pressure, and that what I told them was false.

I have made this affidavit under the penalty of perjury and wish
to present myself at any proceedings or hearings that will bring
justice to this case.

MY name is Khalif Goldwire _Khalif Goldwire_

address   1 Kolley Dr

City and state   COAl TownShip, PA 17866

Date 8/13/ 2010

8/13/10

James O. Lindberg

NOTARIAL SEAL
JAMES O. LINDBERG, Notary Public
Coal Township, Northumberland Co.
My Commission Expires July 29, 2011