IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTRELL OLIVER,** | : | **CIVIL ACTION** |
| | : | **(habeas corpus)** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 16-5537 |
| | : | |
| **BARRY SMITH, et al.,** | : | |
| | : | |
| Respondents | : | |

## MOTION TO ALLOW JUNE BELL TO ENTER COURTHOUSE WITHOUT A PHOTO IDENTIFICATION

Montrell Oliver, through counsel, hereby moves the Court for an order allowing June Bell, a witness for an August 24, 2022 evidentiary hearing, to enter the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106, without a photo identification. Oliver relies on the grounds below.

1. The Court has scheduled an evidentiary hearing in this habeas corpus matter for August 24, 2022, at 11:00 a.m. in Courtroom 3-I. Petitioner is represented by the Federal Community Defender Office for the Eastern District of Pennsylvania.

2. June Bell is one of the witnesses whom Petitioner's counsel has been subpoenaed to testify at the hearing. Undersigned counsel has spoken to Ms. Bell, and Ms. Bell has informed counsel that she lost her photo identification.

3. To ensure Ms. Bell's ability to enter the federal courthouse, Oliver requests an order that Ms. Bell be permitted to enter the courthouse if accompanied by an employee of the Federal Community Defender Office and a copy of the aforementioned order.

WHEREFORE, Oliver respectfully requests the Court permit June Bell to enter the courthouse without a photo identification if accompanied by an employee of the Federal Community Defender Office and a copy of the attached order.

Respectfully submitted,

/s/ *Joel Mandelman*
JOEL MANDELMAN
Assistant Federal Defender
Federal Community Defender Office for the
Eastern District of Pennsylvania
601 Walnut Street
The Curtis Center, Suite 540 West
Philadelphia, PA 19106
(215) 928-1100

Counsel for Petitioner, Montrell Oliver

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTRELL OLIVER,** | : | **CIVIL ACTION** |
| | : | **(habeas corpus)** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 16-5537 |
| | : | |
| **BARRY SMITH, et al.,** | : | |
| | : | |
| Respondents | : | |

## O R D E R

AND NOW, this _____ day of August 2022, upon consideration of Petitioner's Motion to Allow June Bell to Enter the Courthouse without a Photo Identification, it is hereby ORDERED:

1. The motion is GRANTED.

2. June Bell—a witness who has been subpoenaed by the Federal Community Defender Office to testify in an evidentiary hearing on August 24, 2022, at 11:00 a.m. in Courtroom 3-I—may enter the James A. Byrne U.S. Courthouse on August 24, 2022, without a photo identification if accompanied by an employee of the Federal Community Defender Office for the Eastern District of Pennsylvania and a copy of this Order.

BY THE COURT:

_____
ELIZABETH HEY
United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

    I, Joel Mandelman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that on this date this document has been filed electronically and is available for viewing and downloading from the Court's ECF system. I have served this document electronically upon David Napiorski, Assistant District Attorney, Philadelphia District Attorney's Office.

                                                            /s/ *Joel Mandelman*
                                                             JOEL MANDELMAN
                                                             Assistant Federal Defender

Date: August 18, 2022