IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONTRELL OLIVER,** | : | CIVIL ACTION |
| | : | **(habeas corpus)** |
| **Petitioner** | : | |
| | : | |
| v. | : | NO. 16-5537 |
| | : | |
| **BARRY SMITH, et al.,** | : | |
| | : | |
| **Respondents** | : | |

## O R D E R

AND NOW, this  18th  day of August 2022, upon consideration of Petitioner's Motion to Allow June Bell to Enter the Courthouse without a Photo Identification, it is hereby ORDERED:

1. The motion is GRANTED.

2. June Bell—a witness who has been subpoenaed by the Federal Community Defender Office to testify in an evidentiary hearing on August 24, 2022, at 11:00 a.m. in Courtroom 3-I—may enter the James A. Byrne U.S. Courthouse on August 24, 2022, without a photo identification if accompanied by an employee of the Federal Community Defender Office for the Eastern District of Pennsylvania and a copy of this Order.

BY THE COURT:

/s/Elizabeth T. Hey
ELIZABETH HEY
United States Magistrate Judge